In the Matter of the Application of EDWARD J. MEEHAN, Appellant, for a Mandamus Order against FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, WILLIAM GORHAM RICE and Others, Civil Service Commissioners of the State of New York, and MORRIS S. TREMAINE,

Comptroller of the State of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.